<u>CIVIL CAUSE FOR Pretrial Conference</u>

BEFORE JUDGE: <u>Eric Komitee, U.S.D.J.</u>
DATE: <u>5/31/2023</u>
TIME IN COURT: <u>30</u> Mins

DOCKET NUMBER: <u>CV 20-0576</u>
TITLE: <u>Basile v. County of Nassau</u>

COURT REPORTER/ESR OPERATOR: <u>Andrew Jackson</u>
FTR LOG: <u>10:53 – 11:28</u>

APPEARANCES:

    Plaintiff:         <u>Justin Roper (by phone)</u>
    Defendants:      <u>Ralph Reissman</u>

SUMMARY: Jury selection set for October 23, 2023, before a magistrate judge. Opening statements will begin on October 30. The following deadlines were set: (1) by June 5 Plaintiff shall notify the Court which claims he intends on pursuing and which claims he intends to dismiss and on what basis, including whether any such dismissals require Defendants' consent; (2) if Plaintiff wishes to amend his complaint, by June 12 he shall file a motion that fully complies with this Court's Individual Rules & Practices; (3) as discussed, by June 20 Defendants shall submit a letter identifying which of Plaintiff's claims are subject to legal challenge and explaining why Defendants have yet to pursue dispositive motion practice in this action. A conference will be held on September 8, at 10:00 a.m.