UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROGER BASILE,

Plaintiff, 20-CV-00576 (EK)(RLM)

-against-

COUNTY OF NASSAU, DET. JESSE PERKINS
and DET. ROBERT LASHINKSY,

Defendants.
-----------------------------------------------------------X

**SUPPLEMENTAL DECLARATION OF RALPH J. REISSMAN IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

**RALPH J. REISSMAN**, an attorney duly admitted to practice before the courts of the United States District Courts of the Eastern and Southern Districts of New York, and the courts of the State of New York, declares the following to by true under penalty of perjury:

1. I am a Deputy County Attorney in the office of Thomas A. Adams, Nassau County Attorney, attorney for defendants, County of Nassau, Det. Jesse Perkins and Det. Robert Lashinsky in the within action. As such, I am familiar with the facts and circumstances set forth below.

2. I submit this Supplemental Declaration in support of defendants' motion for an order granting partial summary judgment pursuant to Fed. R. Civ. P. 56, dismissing the action as against defendant Robert Lashinsky, in its entirety, with prejudice, on the ground that no genuine material issues of fact exist upon which the Court or a jury could issue a finding or verdict of liability as a matter of law against Det. Robert Lashinsky as a defendant in this action.

3. The purpose of this Supplemental Declaration is to introduce and include the following documentary exhibitsin support of defendants' motion:

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| C | Transcript of deposition of nonparty Arnold Rothenberg conduced November 18, 2021 (selected pages) |

Dated: Mineola, New York
September 12, 2023

/s/ Ralph J. Reissman
RALPH J. REISSMAN
Deputy County Attorney