UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROGER BASILE,

                      Plaintiff,                    20-CV-00576 (EK)(LB)

    -against-

COUNTY OF NASSAU, DET. JESSE PERKINS
and DET. ROBERT LASHINKSY,

                      Defendants.
------------------------------------------------------------X

## **DEFENDANTS' PROPOSED VERDICT SHEET**

                      THOMAS A. ADAMS
                    Nassau County Attorney
                    Attorney for Defendants
By:   RALPH J. REISSMAN
                    Deputy County Attorney
                        One West Street
                  Mineola, New York 11501
                      (516) 571-3046

**Section 1983—Excessive Force**

1. Has Plaintiff Roger Basile proven by a preponderance of the evidence that Defendant Jesse Perkins used excessive force against him on October 11, 2018?

    Yes _____          No _____

    PLEASE PROCEED TO QUESTION 2

2. Has Plaintiff Roger Basile proven by a preponderance of the evidence that Defendant Robert Lashinsky used excessive force against him on October 11, 2018?

    Yes _____          No _____

    PLEASE PROCEED TO QUESTION 3

**Assault and Battery**

3. Has Plaintiff Roger Basile proven by a preponderance of the evidence that Defendant Jesse Perkins is liable for assault and battery?

    Yes _____          No _____

    PLEASE PROCEED TO QUESTION 4

4. Has Plaintiff Roger Basile proven by a preponderance of the evidence that Defendant Robert Lashinsky is liable for assault and battery?

    Yes _____          No _____

    IF YOU ANSWERED "NO" AS TO QUESTIONS 1, 2, 3 AND, 4, YOUR DELIBERATIONS ARE COMPLETE. THE JURY FOREPERSON WILL SIGN THE LAST PAGE AND INFORM THE COURT THAT THE JURY HAS REACHED A VERDICT.

    IF YOU ANSWERED "YES" AS TO QUESTIONS 1, 2, 3 OR 4, PLEASE PROCEED TO THE NEXT QUESTION.

**Damages**

5. <u>Compensatory Damages</u>:  Please state the total amount, if any, of compensatory damages that Plaintiff Roger Basile has proven by a preponderance of the evidence that he is entitled to.

    $ _____

    PLEASE PROCEED TO QUESTION 6.

6. <u>Punitive Damages</u>:  Has Plaintiff Roger Basile proven by a preponderance of the evidence that he is entitled to punitive damages against Defendant Jesse Perkins that you answered "Yes" to in Questions 1 and 3?

    Yes _____        No _____

    IF YOUR ANSWER IS "YES," PLEASE INDICATE IN THE SPACE PROVIDED THE AMOUNT OF PUNITIVE DAMAGES AS TO DEFENDANT JESSE PERKINS.  **NOTE:  YOU MAY ONLY AWARD PUNITIVE DAMAGES AGAINST DEFENDANT JESSE PERKINS IF YOU ANSWERED "YES" TO QUESTIONS 1 AND 3.**

    $ _____

    PLEASE PROCEED TO THE NEXT QUESTION

7. <u>Punitive Damages</u>:  Has Plaintiff Roger Basile proven by a preponderance of the evidence that he is entitled to punitive damages against Defendant Robert Lashinsky that you answered "Yes" to in Questions 2 and 4?

    Yes _____        No _____

    IF YOUR ANSWER IS "YES," PLEASE INDICATE IN THE SPACE PROVIDED THE AMOUNT OF PUNITIVE DAMAGES AS TO DEFENDANT JESSE PERKINS.  **NOTE:  YOU MAY ONLY AWARD PUNITIVE DAMAGES AGAINST DEFENDANT ROBERT LASHINSKY IF YOU ANSWERED "YES" TO QUESTIONS 2 AND 4.**

    $ _____

Dated: October ___, 2023

_____
JURY FOREPERSON