**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

October 23, 2023

<u>Via ECF</u>
Hon. Eric R. Komitee
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  Basile v. County of Nassau, et al.
          20-CV-00576 (EK)(LB)

Your Honor:

     This office represents defendants in the above referenced action, in which jury trial is scheduled to commence Monday, October 30, 2023. At the October 6, 2023 conference before Your Honor, you directed that trial would be scheduled for Monday through Thursday, 9:30 a.m. to 5:00 p.m., and that trial would not be conducted on Friday.  However, in court today for jury selection, the Hon. Lois Bloom advised counsel and the jury that Your Honor has directed that if the trial is not concluded by Thursday at 5:00 p.m., or if the jury has not reached a verdict by Thursday at 5:00 p.m., that trial and/or jury deliberations will continue on Friday.

     I write to respectfully inform Your Honor and plaintiff's counsel that as a Sabbath observer, I will be able to appear in court on Friday, November 3, 2023 until 2:00 p.m., at which time I must drive back to Long Island to arrive home by sundown, which will occur at 5:31 p.m.

     Although my office planned to assign a second Deputy County Attorney to assist me, I was informed this morning that she has been taken off this case in order to represent Nassau County in an emergency order to show cause to be filed today in Supreme Court, Nassau County.

     Defendants therefore respectfully request that if trial and/or jury deliberations are held on Friday, November 3, 2023, that Your Honor will adjourn proceedings at 2:00 p.m. that day.

     As always, defendants thank Your Honor for your attention and consideration in this matter.

                                             Respectfully submitted,

                                             /s/ Ralph J. Reissman
                                             RALPH J. REISSMAN
                                             Deputy County Attorney

cc:  All counsel of record (via ECF)