UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

ROGER BASILE,

                    Plaintiff,

           -against-

COUNTY of NASSAU, DET. JESSE PERKINS,
and DET. ROBERT LASHINSKY,

                    Defendants.

----------------------------------------x

**COURT EXHIBIT**
20CV0576
#2

**VERDICT FORM**
20-CV-00576(EK)(LB)

ERIC KOMITEE, United States District Judge:

      The applicable law in this case is fully set forth in the jury instructions. The purpose of this form is solely to assist you in reporting your verdict. Your verdict must be unanimous; that is, all of you must agree on the answer to each question.

I.   **Excessive Force**

    1. Did Roger Basile prove by a preponderance of the evidence that Detective Jesse Perkins used excessive force against him?

    Yes. _____   No. __✓__

    2. Did Roger Basile prove by a preponderance of the evidence that Detective Robert Lashinsky used excessive force against him?

    Yes. _____   No. __✓__

1

II. Battery

3. Did Roger Basile prove by a preponderance of the evidence that Detective Jesse Perkins subjected him to a battery?

Yes. \_\_\_\_\_     No. ✓

4. Did Roger Basile prove by a preponderance of the evidence that Detective Robert Lashinsky subjected him to a battery?

Yes. \_\_\_\_\_     No. ✓

5. Did Roger Basile prove by a preponderance of the evidence that any Nassau County officer or detective subjected him to a battery?

Yes. ✓     No. \_\_\_\_\_

III. Damages

    If your answers to Questions 1, 2, 3, 4, and 5 were all "No," then you are finished and you do not need to answer any of the remaining questions. Please skip to the signature block. If you answered "Yes" to Questions 1, 2, 3, 4, and/or 5, then you should proceed to the remaining questions.

6. Has Roger Basile proven that he is entitled to compensatory damages from excessive force and/or a battery?

Yes. ✓     No. \_\_\_\_\_

2

7. If your answer to Question 6 was "Yes," state the amount of compensatory damages that Roger Basile should be awarded.

$ 4.5 M

8. Do you award punitive damages to Roger Basile for the use of excessive force and/or subjecting him to a battery?

Yes. _____   No. ✓

9. If your answer to Question 8 was "Yes," state the amount of punitive damages that should be awarded and the Detective against whom they should be awarded.

$ _____    Detective Name: _____

IV. Foreperson Signature

You have finished your deliberations. Please have your foreperson sign and date this verdict form and inform the Court, with a written note, that you have reached a verdict.

Foreperson _____, Dated 11/2/23