# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Roger Basile <br> *Plaintiff* <br> v. <br> County of Nassau, et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 20-cv-0576 (EK) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** the plaintiff Roger Basile recover from the defendant County of Nassau the amount of four million five hundred thousand dollars ($4,500,000.00), plus prejudgment and post judgment interest at a rate prescribed in 28 U.S.C. § 1961; and plaintiff recover nothing from defendants Detectives Jesse Perkins and Robert Lashinsky, the action be dismissed as to Detectives Jesse Perkins and Robert Lashinsky on the merits.

This action was *(check one)*:

☑ **tried by a jury with Judge** Eric Komitee _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for _____

Date: 11/28/2023

Brenna B. Mahoney
*CLERK OF COURT*

*Andrew Jackson*
*Signature of Clerk or Deputy Clerk*