**BRUCE A. BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

December 7, 2023

Via ECF
Hon. Lois Bloom
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Basile v. County of Nassau, et al.
20-CV-00576 (EK)(LB)

Your Honor:

This office represents defendants, County of Nassau, Nassau County Detective Jesse Perkins and Nassau County Detective Robert Lashinsky in the above referenced civil rights action. The purpose of this letter is to respectfully request that the December 14, 2023 telephone settlement conference be adjourned to any of the following dates: December 18, 27 or 28, 2023. The reason for this request is that for the entire week of December 11, 2023 I will be actually engaged in a jury trial in federal court, Central Islip before the Hon. Steven L. Tiscione in the case of *Shah v. Liston, et al.*, 18-CV-04625 (ST), and will be engaged for the remainder of December in multiple court conference and court-ordered deposition on days other than December 18, 27 or 28, 2023.

Defendants therefore respectfully request that the December 14, 2023 telephone settlement conference be adjourned to any of the following dates: December 18, 27 or 28, 2023.

As always, defendants thank Your Honor for your attention and consideration in this matter.

Respectfully submitted,

/s/ Ralph J. Reissman
RALPH J. REISSMAN
Deputy Count Attorney

cc: All counsel of record (via ECF)