Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

May 17, 2024

**Via ECF**

Hon. Eric R. Komitee
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Basile v. County of Nassau, et al.*, 20-CV-00576 (EK)(LB)

Your Honor:

We represent the Plaintiff Roger Basile and we write in response to the County of Nassau's May 10, 2024 Letter regarding conflicts of interests and the post-trial motion.

As to the conflicts of interest, Plaintiff agrees that there is a conflict of interest, and that at this point any conflict is, in essence, harmless, because the County has abandoned the motion for a new trial. Plaintiff, however, disagrees with the County as to when the representation concluded. In general, withdrawing representation requires, "(i) justifiable cause, (ii) reasonable notice to the client, and (iii) permission of the court." N.Y. Comp. Codes R. & Regs. tit. 22, § 604.1. The first element, justifiable cause, is certainly satisfied because there is a conflict. But it appears that the two Detectives did not have reasonable notice until May 10, 2024, when defense counsel informed them in writing. And while it could be inferred that there is permission from the Court to withdraw, based on the discussion at the last conference, no order has been entered. Consequently, Plaintiff respectfully requests that the Court enter an order confirming the termination of representation, so there is no question going forward.

As to the post-trial motion, given that the County is not filing a remittitur motion, Plaintiff only needs to respond to the pending amended motion. We ask for 30 days to file an amended opposition, and will endeavor to complete it sooner, if possible, to avoid further delay.

We thank the Court for its attention to this issue.

Respectfully,

/s/

Rob Rickner