

**BRUCE A. BLAKEMAN**
County Executive

**THOMAS A. ADAMS**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

March 14, 2025

<u>Via Overnight Delivery</u>
Hon. Eric R. Komitee
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Basile v. County of Nassau
20-CV-00576 (EK)

Your Honor:

The Nassau County Attorney's Office represents defendant County of Nassau in the above referenced action. Please find enclosed courtesy copies for Chambers of defendant's fully briefed Amended Motion pursuant to Fed. R. Civ. P. 59(e) for an order altering or amending the jury verdict rendered by the jury on November 2, 2023 [DE 76] to dismiss the County of Nassau. The two volumes submitted herewith contain the following documents:

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| A | Amended Notice of Motion |
| B | Declaration of Ralph J. Reissman |
| C | Trial transcript of proceedings conducted October 30, 2023 |
| D | Trial transcript of proceedings conducted October 31, 2023 |
| E | Trial transcript of proceedings conducted November 1. 2023 |
| F | Trial transcript of proceedings conducted November 2. 2023 |
| G | Jury verdict form dated November 2, 2023 [DE 76] |
| H | Memorandum Of Law in Support of Defendant's Amended Motion Pursuant to Fed. R. Civ. P. 59(e) |
| I | Plaintiff's Memorandum of Law in Opposition to Defendant's Amended Motion Pursuant to Fed. R. Civ. P. 59(e) |
| J | Defendants' Reply Memorandum of Law in further support of Defendant's Amended Motion Pursuant to Fed. R. Civ. P. 59(e) |

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684, 6604**

As always, defendant County of Nassau thanks the Court for your attention in this matter.

Respectfully submitted,

/s/  Ralph J. Reissman
RALPH J. REISSMAN
Deputy County Attorney

cc:  All counsel of record
(via ECF without enclosures)

2