# Rickner | Moskovitz

Rob Rickner, Principal | (212) 300-6506 | rob@rmcivilrights.com

September 26, 2025

Via ECF

Hon. Eric R. Komitee
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Basile v. County of Nassau, et al.*, 20-CV-00576 (EK)(LB)

Your Honor:

We represent the Plaintiff Roger Basile and we write to advise the Court that it has come to our attention that the only attorneys who have appeared in this case on behalf of the County of Nassau no longer work for or represent the County– that is, the County does not have an attorney representing it who has formally appeared in this matter.

Yesterday, now-retired Deputy County Attorney Ralph Reissman contacted me because he saw the recent Orders on the docket, and was concerned because he had heard that the other attorney representing the County, Victoria LaGreca, had moved to private practice. As the Court may be aware, Mr. Reissman retired. He no longer works for, and no longer represents, the County (although, he has not filed a motion to withdraw in this case pursuant to Local Civil Rule 1.4(b)). Mr. Reissman also said that the County had failed to staff many of his other cases after his retirement.

As a result of Mr. Reissman's call, I called Ms. LaGreca who confirmed that she no longer worked for the County. Ms LaGreca then filed a letter motion to withdraw as counsel in this case (Dkt. 111), which was granted today. The only attorneys who have appeared in this case on behalf of the County are Ms. LaGreca and Mr. Reissman. In short, none of the attorneys in this case still actually work for the County.

Consequently, we ask that the Court issue an Order requiring the County to have an attorney – who works at or has been retained by the County – appear in this matter immediately.

Respectfully,

/s/

Rob Rickner