# United States District Court
# Eastern District of New York

---------------------------------------------------------------------------x

ROGER BASILE,                                            2:20-cv-00576(EK)(CHK)

                     Plaintiff,

  - *against* -

COUNTY OF NASSAU et al.,                                 **NOTICE OF APPEARANCE**

                     Defendants.

---------------------------------------------------------------------------x

     John Carnevale, Esq., an attorney admitted to practice law before the courts of New York State and United States District Court for the Eastern District of New York, hereby appears as the attorney for Defendant County of Nassau**.**

DATED:    October 1, 2025
              Mineola, New York

                                                          */s/ JCarnevale*
                                                        John Carnevale, Esq.
                                                        Deputy County Attorney
                                                        *Attorney for County of Nassau*
                                                       Office of the Nassau County Attorney
                                                       1 West Street, Mineola, New York 11501
                                                       Jcarnevale@nassaucountyny.gov
                                                       516-388-3045